

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00777-CV

**MIRAMAR DEVELOPMENT CORP.** and John Hawkins,
Appellants

v.

Aaron M. **SISK**,
Appellee

From the 236th Judicial District Court, Tarrant County, Texas
Trial Court No. 236-248030-10
The Honorable Thomas Wilson Lowe III, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ordered that appellee Aaron M. Sisk recover his costs of this appeal from appellants Miramar Development Corporation and John Hawkins.

SIGNED April 23, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice